IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | | |
|---|---|---|
| JAMES FARRAR, SR., | ) | |
| THE ESTATE OF JOHN H. NORTON, III, | ) | No. 4:17-cv-00039 |
| C. KELLY WILSON, | ) | Removed from the Chancery Court |
| | ) | of Bedford County, Tennessee |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AUTO-OWNERS INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO DISMISS CLAIM FOR BAD FAITH

COMES NOW, the parties, by and through undersigned counsel, and respectfully move this Honorable Court, pursuant to Rule 12(b)(6) of the *Federal Rules of Civil Procedure*, for an Order dismissing the plaintiffs' claim for bad faith pursuant to T.C.A. § 56-7-105 because it is time barred by the applicable one-year statute of limitations.

In support of this Motion, the parties submit the accompanying Agreed Order Dismissing Claim for Bad Faith.

Respectfully submitted,

/s/ Joshua G. Offutt
Joshua G. Offutt (TN BPR #022215)
**LeVAN, SPRADER, PATTON, PLYMIRE & OFFUTT**
201 Fourth Avenue North, Suite 1500
Nashville, TN 37219
(615) 843-0300
(615)843-0310
joffutt@lsplaw.net
*Attorney for Auto-Owners Insurance Company*

/s/ Gregory D. Judkins
Gregory D. Judkins (TN BPR #024535)
P.O. Box 2235
Shelbyville, Tennessee 37162
931-684-0205

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing has been served via electronic mail and First Class Mail, postage prepaid, addressed to Gregory D. Judkins, P.O. Box 2235, Shelbyville, Tennessee 37162, on this ___ day of August, 2017.

                                            **/s/ Joshua G. Offutt**
                                            Joshua G. Offutt